| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2010 | FOR CALENDAR YEAR 2009 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STRAUB, CHESTER J. | U.S. COURT OF APPEALS, 2ND CIR | 4/30/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CIRCUIT JUDGE - SENIOR STATUS | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2009<br>to<br>12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NY 10007 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY -4 A 10: 28 FINANCIAL DISCLOSURE OFFICE

Straub, Chester J.

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | $6,107.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   **FIDELITY INVESTMENTS** | | | | | | | | | |
| 2.   NY ST DORM AUTH REVS CITY UNIV CONS-5TH GEN-C MBIA 4/10/03 | C | Interest | L | T | | | | | |
| 3.   NY CITY MUN WTR F/A WTR&SWR SYS RV SER B-AMBAC TCRS CSTD | B | Interest | K | T | | | | | |
| 4.   NEW YORK ST TWY AU SVC CONT REV LOC HWY & BRIDGE 8/15/95 | C | Interest | L | T | | | | | |
| 5.   BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 6.   HEWLETT PACKARD COMMON | B | Dividend | M | T | | | | | |
| 7.   ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 8.   HEALTH CARE PPTY INVS INC COMMON | C | Dividend | L | T | | | | | |
| 9.   GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | A | Dividend | J | T | | | | | |
| 10.   IBM COMMON | C | Dividend | M | T | | | | | |
| 11.   GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 12.   LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |
| 13.   EXXON COMMON | A | Dividend | J | T | | | | | |
| 14.   HRPT PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 15.   COHEN & STEERS REALTY SHARES | A | Dividend | J | T | Buy (add'l) | 3/31/09 | J | | |
| 16. | | | | | Buy (add'l) | 6/30/09 | J | | |
| 17. | | | | | Buy (add'l) | 9/30/09 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 12/17/09 | J | | |
| 19. NEW YORK ST ENVIRO FACS 5% | B | Interest | L | T | | | | | |
| 20. NEW YORK ST URBAN DEV CORP REV CORP 6.5% | C | Interest | L | T | | | | | |
| 21. METROPOLITAN TRANS AUTH NY TRAN FACS | D | Interest | M | T | | | | | |
| 22. S&P MID CAP 400 DEP RCPYS MID CAP | A | Dividend | K | T | | | | | |
| 23. FIDELITY MUNICIPAL MONEY MARKET | A | Interest | J | T | | | | | |
| 24. FIDELITY SPARTAN TAX FREE BOND FUND | B | Interest | | | Buy (add'l) | 1/30/09 | J | | |
| 25. | | | | | Buy (add'l) | 2/26/09 | J | | |
| 26. | | | | | Buy (add'l) | 3/31/09 | J | | |
| 27. | | | | | Buy (add'l) | 4/30/09 | J | | |
| 28. | | | | | Sold (part) | 5/26/09 | K | C | |
| 29. | | | | | Sold | 5/28/09 | K | B | |
| 30. VANGUARD INTERMED TERM TAX BOND FUND | B | Interest | | | Buy (add'l) | 1/30/09 | J | | |
| 31. | | | | | Buy (add'l) | 2/27/09 | J | | |
| 32. | | | | | Buy (add'l) | 3/31/09 | J | | |
| 33. | | | | | Buy (add'l) | 4/30/09 | J | | |
| 34. | | | | | Buy (add'l) | 5/29/09 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 6/30/09 | J | | |
| 36. | | | | | Buy (add'l) | 7/31/09 | J | | |
| 37. | | | | | Sold | 8/28/09 | L | C | |
| 38. NEW YORK NY GO BDS SUBERIES 5% BOND | C | Interest | M | T | | | | | |
| 39. METROPOLITAN TRANSN AUTH NY 5.5% BOND | C | Interest | L | T | | | | | |
| 40. FORTESCUE METALS GROUP LTD COMMON | | None | J | T | Buy | 5/26/09 | J | | |
| 41. GOLDMAN SACHS GROUP INC COMMON | A | Dividend | L | T | Buy | 3/26/09 | K | | |
| 42. WALMART STORES INC COMMON | A | Dividend | K | T | Buy | 5/26/09 | K | | |
| 43. VANGUARD SHRT TRM MUN BD FUND | A | Interest | | | Buy | 5/27/09 | K | | |
| 44. | | | | | Buy (add'l) | 5/29/09 | J | | |
| 45. | | | | | Buy (add'l) | 6/30/09 | J | | |
| 46. | | | | | Buy (add'l) | 7/31/09 | J | | |
| 47. | | | | | Sold | 8/28/09 | K | A | |
| 48. FIDELITY NY MUNI MM | A | Interest | K | T | | | | | |
| 49. EATON VANCE LG CAP FUND | A | Dividend | K | T | Buy (add'l) | 3/10/09 | J | | |
| 50. | | | | | Buy (add'l) | 6/9/09 | J | | |
| 51. | | | | | Buy (add'l) | 9/9/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 12/30/09 | J | | |
| 53. **CITIBANK ACCOUNTS** | | | | | | | | | |
| 54. CHECKING | | None | J | T | | | | | |
| 55. **FIDELITY IRA ROLLOVER** | | | | | | | | | |
| 56. MARSH & MCLENNAN COMMON | A | Dividend | K | T | | | | | |
| 57. FIDELITY CASH RESERVES | C | Interest | J | T | | | | | |
| 58. FIDELITY US GOVT RESERVES MM | B | Interest | P1 | T | Open | 2/24/09 | O | | |
| 59. FEDL HOME LOAN BK.S CON BD 5.885% 3/30/2009 | B | Interest | | | Redeemed | 3/30/09 | L | A | |
| 60. S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | B | Dividend | M | T | | | | | |
| 61. FEDL HOME LN BANK CONS BD 5.625% 11/15/2011 | C | Interest | K | T | | | | | |
| 62. FEDERAL HOME LN BKS CONS BD 5.475% 1/12/2009 | C | Interest | | | Redeemed | 1/12/09 | M | A | |
| 63. FEDERAL HOME LN BKS CONS BD 5.79% 4/27/2009 | C | Interest | | | Redeemed | 4/27/09 | M | A | |
| 64. FEDERAL HOME LN BKS CONS BD 6.715% 6/29/2009 | C | Interest | | | Redeemed | 6/29/09 | M | A | |
| 65. AMERICAN GROWTH FUND OF AMERICA CLASS F (GFAFX) | B | Dividend | M | T | Buy (add'l) | 12/22/09 | J | | |
| 66. DODGE & COX STOCK FUND (DODGX) | | None | | | Sold | 3/9/09 | L | A | |
| 67. TWEEDY BROWNE GLOBAL VALUE FUND | B | Dividend | L | T | Buy (add'l) | 12/30/09 | J | | |
| 68. BARON GROWTH FUND | A | Dividend | M | T | Buy (add'l) | 5/28/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ROYCE TOTAL RETURN FUND | B | Dividend | M | T | Buy (add'l) | 3/11/09 | J | | |
| 70. | | | | | Buy (add'l) | 6/10/09 | J | | |
| 71. | | | | | Buy (add'l) | 9/09/09 | J | | |
| 72. | | | | | Buy (add'l) | 12/9/09 | J | | |
| 73. GOOGLE COMMON | | None | K | T | | | | | |
| 74. FIDELITY CONTRAFUND | A | Dividend | M | T | Buy (add'l) | 2/13/09 | J | | |
| 75. | | | | | Buy (add'l) | 12/18/09 | J | | |
| 76. US TREAS NTS 6.0% 8/15/2009 | E | Interest | | | Redeemed | 8/17/09 | N | A | |
| 77. LOOMIS SAYLES INVST GRADE MUTAL FUND | D | Dividend | | | Buy (add'l) | 1/6/09 | J | | |
| 78. | | | | | Buy (add'l) | 2/5/09 | J | | |
| 79. | | | | | Buy (add'l) | 3/5/09 | J | | |
| 80. | | | | | Sold | 3/9/09 | N | C | |
| 81. GOLDMAN SACHS GROUP INC COMMON | A | Dividend | | | Sold | 10/13/09 | K | D | |
| 82. ISHARES IBOXX & INVESTOP INV FUND | C | Dividend | | | Sold | 3/11/09 | N | D | |
| 83. EATON VANCE LG CAP VALUE FUND | B | Dividend | M | T | Buy (add'l) | 3/10/09 | J | | |
| 84. | | | | | Buy (add'l) | 6/9/09 | J | | |
| 85. | | | | | Buy (add'l) | 9/9/09 | J | | |

1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/30/09 | J | | |
| 87. KKR PRIVATE EQUITY INVESTORS LP | A | Int./Div. | J | T | Buy | 10/22/09 | J | | |
| 88. BERKSHIRE HATHAWAY INC COMMON | | None | L | T | Buy | 11/2/09 | L | | |
| 89. INTEL CORP COMMON | A | Dividend | J | T | Buy | 6/9/09 | J | | |
| 90. JP MORGAN CHASE & CO COMMON | A | Dividend | L | T | Buy | 3/25/09 | K | | |
| 91. US TREASURY BILLS | B | Interest | | | Buy | 2/24/09 | O | | |
| 92. | | | · | | Buy (add'l) | 3/17/09 | O | | |
| 93. | | | | | Redeemed (part) | 5/28/09 | O | A | |
| 94. | | | | | Redeemed | 9/17/09 | O | A | |
| 95. MATTHEWS CHINA FUND | | None | K | T | Buy | 12/22/09 | K | | |
| 96. VANGUARD INTERMED TERM TAX EXEMPT FD | C | Dividend | M | T | Buy | 1/22/09 | L | | |
| 97. | | | | | Buy (add'l) | 1/30/09 | J | | |
| 98. | | | | | Buy (add'l) | 2/27/09 | J | | |
| 99. | | | | | Buy (add'l) | 3/31/09 | J | | |
| 100. | | | | | Buy (add'l) | 4/30/09 | J | | |
| 101. | | | | | Buy (add'l) | 5/29/09 | J | | |
| 102. | | | | | Buy (add'l) | 6/30/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 7/31/09 | J | | |
| 104. | | | | | Buy (add'l) | 8/31/09 | J | | |
| 105. | | | | | Buy (add'l) | 9/30/09 | J | | |
| 106. | | | | | Buy (add'l) | 10/30/09 | J | | |
| 107. | | | | | Buy (add'l) | 11/30/09 | J | | |
| 108. | | | | | Buy (add'l) | 11/3/09 | K | | |
| 109. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 110. VANGUARD LMTD ADMIRAL SHORT TERM FUND | B | Dividend | M | T | Buy | 5/27/09 | K | | |
| 111. | | | | | Buy (add'l) | 5/29/09 | J | | |
| 112. | | | | | Buy (add'l) | 6/8/09 | K | | |
| 113. | | | | | Buy (add'l) | 6/30/09 | J | | |
| 114. | | | | | Buy (add'l) | 7/31/09 | J | | |
| 115. | | | | | Buy (add'l) | 8/31/09 | J | | |
| 116. | | | | | Buy (add'l) | 9/30/09 | J | | |
| 117. | | | | | Buy (add'l) | 10/30/09 | J | | |
| 118. | | | | | Buy (add'l) | 11/3/09 | L | | |
| 119. | | | | | Buy (add'l) | 11/30/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| STRAUB, CHESTER J. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 121. VANGUARD SHORT TERM LMTD MUN BD FUND INC | B | Dividend | L | T | Buy | 1/22/09 | L | | |
| 122. | | | | | Buy (add'l) | 1/30/09 | J | | |
| 123. | | | | | Buy (add'l) | 2/27/09 | J | | |
| 124. | | | | | Buy (add'l) | 3/31/09 | J | | |
| 125. | | | | | Buy (add'l) | 4/30/09 | J | | |
| 126. | | | | | Buy (add'l) | 5/29/09 | J | | |
| 127. | | | | | Buy (add'l) | 6/30/09 | J | | |
| 128. | | | | | Buy (add'l) | 7/31/09 | J | | |
| 129. | | | | | Buy (add'l) | 8/31/09 | J | | |
| 130. | | | | | Buy (add'l) | 9/30/09 | J | | |
| 131. | | | | | Buy (add'l) | 10/30/09 | J | | |
| 132. | | | | | Buy (add'l) | 11/30/09 | J | | |
| 133. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 134. FIDELITY SPARTAN TAX FREE BD FD | B | Dividend | | | Buy | 1/22/09 | L | | |
| 135. | | | | | Buy (add'l) | 1/30/09 | J | | |
| 136. | | | | | Buy (add'l) | 2/27/09 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only) S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 3/31/09 | J | | |
| 138. | | | | | Buy (add'l) | 4/30/09 | J | | |
| 139. | | | | | Sold (part) | 5/26/09 | K | B | |
| 140. | | | | | Buy (add'l) | 5/28/09 | J | | |
| 141. | | | | | Sold | 5/28/09 | K | B | |
| 142. **FIDELITY IRA** | | | | | | | | | |
| 143. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 144. AMERICAN GROWTH (GFAFX) | A | Dividend | J | T | Buy (add'l) | 12/22/09 | J | | |
| 145. | | | | | Sold (part) | 2/20/09 | J | A | |
| 146. FIDELITY US GOVT RESERVES FUND | A | Interest | J | T | Buy | 2/20/09 | J | | |
| 147. **FIDELITY IRA** | | | | | | | | | |
| 148. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 149. DODGE & COX STOCK FUND | | None | | | Sold | 3/9/09 | J | A | |
| 150. TWEEDY BROWNE GLOBAL VALUE FUND | A | Dividend | K | T | Buy (add'l) | 12/30/09 | J | | |
| 151. BARON GROWTH FUND | A | Dividend | J | T | Buy (add'l) | 5/28/09 | J | | |
| 152. FIDELITY CONTRAFUND | A | Dividend | J | T | Buy (add'l) | 12/18/09 | J | | |
| 153. FIDELITY US GOVT RESERVES FUND MM | A | Interest | K | T | Open | 2/20/09 | K | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 4/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NONE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF                    BJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544